**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACTIVELIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, <br><br> Defendant. | Civil Action No. 1:13-cv-01597-SLR <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ANTHONY G. BEASLEY IN SUPPORT OF
PLAINTIFF ACTIVELIGHT'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Anthony G. Beasley, declare as follows:

1. I am an attorney duly licensed to practice law in the States of Minnesota and Wisconsin with Farney Daniels PC, counsel for Plaintiff, Activelight, Inc. ("Activelight" or "Plaintiff") in the above captioned matter. I am admitted *pro hac vice* for the above-styled cases and have personal knowledge of the facts stated herein and could competently testify to each of them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of the August 17, 2000 Remarks submitted during the prosecution of U.S. Application No. 09/500,284.

3. Attached as Exhibit B is a true and correct copy of the July 14, 1999 Remarks submitted during the prosecution of U.S. Application No. 09/132,456.

4. Attached as Exhibit C is a true and correct copy of the October 26, 1999 Remarks submitted during the prosecution of U.S. Application No. 09/132,456.

5. Attached as Exhibit D is a true and correct copy of the January 17, 2001 Remarks submitted during the prosecution of U.S. Application No. 09/295,894.

1

6. Attached as Exhibit E is a true and correct copy of *Chicago Mercantile Exch., Inc. v. 5th Market, Inc.* (P.T.A.B. 2014).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 8th day of January, 2015.

/s/ Anthony G. Beasley
Anthony G. Beasley