**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACTIVELIGHT, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:13-cv-01597-SLR |
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, | |
| Defendant. | |

**DECLARATION OF DAVID S. FRIST IN SUPPORT OF
DEFENDANT DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC'S
ANSWERING CLAIM CONSTRUCTION BRIEF**

I, David S. Frist, hereby declare and state as follows:

1.      My name is David S. Frist.  I am of legal age and under no legal disability.  I have personal knowledge of the facts in this Declaration and know them to be true and correct.

2.      I am an attorney with Alston & Bird LLP and counsel for Defendant Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts") in the above-captioned matter.  I make this Declaration in support of Defendant Dunkin' Donuts Franchised Restaurants LLC's Answering Claim Construction Brief.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the January 31, 2001 Amendment from the prosecution history of U.S. Patent No. 6,384,736.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the February 1, 2000 Amendment from the prosecution history of U.S. Patent No. 6,215,411.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the July 14, 1999 Amendment from the prosecution history of U.S. Patent Application No. 09/132,456.

1

6.     Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,949,510, produced by Dunkin' Donuts as DUNKINACT-000767-773.

7.     Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the September 1997 PC Magazine, which includes an advertisement describing availability of NEC MultiSync LCD2000 monitor with XtraView technology, produced by Dunkin' Donuts as DUNKINACT-000741-53.

8.     Attached hereto as Exhibit 6 is a true and correct copy of an article describing NEC XtraView Wide Viewing angle and high resolution technology for LCDs, produced by Dunkin' Donuts as DUNKINACT-000656-59.

9.     Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the January 1998 Computerworld Magazine, which includes an advertisement describing NEC MultiSync LCD400 monitor with wide-viewing angle and high resolution, produced by Dunkin' Donuts as DUNKINACT-000678-87.

10.     Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from a March 1998 Computerworld magazine, which includes an advertisement for an NEC MultiSync LCD400 monitor with wide-viewing angle and high resolution, produced by Dunkin' Donuts as DUNKINACT-000688-96.

11.     Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 5,526,950.

12.     Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 4,952,036.

13.     Attached hereto as Exhibit 11 is a true and correct copy of the September 4, 2001 Amendment from the prosecution history of U.S. Patent No. 6,384,736.

14.     Attached hereto as Exhibit 12 is a true and correct copy of the August 6, 2001 Amendment from the prosecution history of U.S. Patent No. 6,384,736.

15.     Attached hereto as Exhibit 13 is a true and correct copy of the August 17, 2000 Amendment from the prosecution history of U.S. Patent No. 6,215,411.

16.     Attached hereto as Exhibit 14 is a true and correct copy of the October 26, 1999 Amendment from the prosecution history of U.S. Patent Application No. 09/132,456.

17.     Attached hereto as Exhibit 15 is a true and correct copy of U.S. Patent No. 6,215,411.

18.     Attached hereto as Exhibit 16 is a true and correct copy of the Manual of Patent Examining Procedure Section 2181, Ninth Edition.

I declare under penalty of perjury that the foregoing is true and correct.

This 10th day of February, 2015.

By:   */s/ David S. Frist*
        David S. Frist

3